FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 04 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-01092-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| MARTIN ACOSTA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, May 5th, 2021, at 9:00 a.m., be vacated and continued to July 14, 2021 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 4th day of May 2021.

_____
UNITED STATES MAGISTRATE JUDGE