_X_ FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

July 13, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MARTIN ACOSTA,

     Defendant.

Case No. 2:20-mj-1092-VCF

**Order Continuing Bench Trial**

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for July 14, 2021, at the hour of 9:00 a.m. be vacated and continued to August 18, 2021 at 9:00 a, in LV Courtroom 3D before Magistrate Judge Ferenbach.

DATED this ___13th___ day of July, 2021.



_____
UNITED STATES MAGISTRATE JUDGE

3